## ALBERT EADDY *v.* COMMISSIONER OF CORRECTION

The petitioner Albert Eaddy's petition for certification for appeal from the Appellate Court, 61 Conn. App. 907 (AC 19532), is denied.

KATZ and VERTEFEUILLE, Js., did not participate in the consideration or decision of this petition.

*Deborah Stevenson*, special public defender, in support of the petition.

*Ronald G. Weller*, assistant state's attorney, in opposition.

Decided March 30, 2001

## STATE OF CONNECTICUT *v.* ERIKA KRINOCK

The defendant's petition for certification for appeal from the Appellate Court, 61 Conn. App. 903 (AC 19696), is denied.

NORCOTT and ZARELLA, Js., did not participate in the consideration or decision of this petition.

*Rosemarie Paine*, in support of the petition.

*Michele C. Lukban*, assistant state's attorney, in opposition.

Decided March 30, 2001

## STATE OF CONNECTICUT *v.* JOSE LUGO

The defendant's petition for certification for appeal from the Appellate Court, 61 Conn. App. 855 (AC 19698), is denied.